**Joseph F. DUCHAM, Jr.,**
**Claimant–Appellant,**

v.

**R. James NICHOLSON, Secretary of**
**Veterans Affairs, Respondent–**
**Appellee.**

No. 05–7175.

United States Court of Appeals,
Federal Circuit.

Sept. 26, 2005.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**TV INTERACTIVE DATA CORPORA-**
**TION, Plaintiff–Respondent,**

v.

**MICROSOFT CORPORATION,**
**Defendant–Petitioner.**

No. 797.

United States Court of Appeals,
Federal Circuit.

Sept. 27, 2005.

*ORDER*

Upon consideration of the court's August 3, 2005 order and the parties' responses thereto,

IT IS ORDERED THAT:

This petition is dismissed as having been docketed in error.